In the Matter of JANINE FITJE, Appellant, v JUSTIN FITJE, Respondent. [927 NYS2d 918]—

An application to modify the custody and visitation provisions of a judgment that are based upon a stipulation of the parties will not be granted absent a showing of a sufficient change in circumstances from the time of the stipulation, and that the modification would be in the best interests of the children (*see Matter of Deochand v Deochand*, 80 AD3d 609 [2011]; *Matter of Skeete v Hamilton*, 78 AD3d 1187, 1187-1188 [2010]; *Spratt v Fontana*, 46 AD3d 670, 671 [2007]). A party seeking such a modification is not automatically entitled to a hearing on the application, but first must make an evidentiary showing sufficient to warrant a hearing (*see Matter of Mazzola v Lee*, 76 AD3d 531 [2010]; *Matter of Grassi v Grassi*, 28 AD3d 482 [2006]; *Matter of Timson v Timson*, 5 AD3d 691, 692 [2004]; *Matter of Carpenter v Whitaker*, 5 AD3d 681 [2004]; *Matter of Blake v Vilbig*, 288 AD2d 470 [2001]). Here, the conclusory, unsubstantiated, and nonspecific allegations set forth in the mother's petition failed to meet this standard, and the Family Court properly dismissed the petition without a hearing (*see Matter of Deochand v Deochand*, 80 AD3d 609 [2011]; *Matter of Leichter-Kessler v Kessler*, 71 AD3d 1148 [2010]; *Salvatore v Salvatore*, 68 AD3d 966, 967 [2009]; *Matter of Blackstock v Price*, 51 AD3d 914 [2008]; *Spratt v Fontana*, 46 AD3d 670 [2007]; *Matter of Davis v Venditto*, 45 AD3d 837 [2007]). Mastro, J.P., Chambers, Austin and Cohen, JJ., concur.